CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 10 2010

JULIA C. DUDLEY, CLERK
BY: /s/ Kay Kaiser
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 7:10PO00278

MARK BOOTHE

ORDER

Upon testimony of both parties, it is hereby

**ORDERED**

that the Violation Notice 1264733 against the defendant, MARK BOOTHE, is hereby **DISMISSED.**

Entered: This 10th day of September, 2010.

_____
Michael F. Urbanski,
United States Magistrate Judge